Argued and submitted June 14, reversed August 21, 1991

In the Matter of
Virginia Gardipee,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

VIRGINIA GARDIPEE,
*Appellant.*

(MC90-21; CA A66792)

814 P2d 563

Thomas A. Coleman, Portland, argued the cause for appellant. With him on the brief was the Oregon Advocacy Center.

Michael C. Livingston, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

## PER CURIAM

Defendant seeks review of an order of continued involuntary commitment. ORS 426.301. Under ORS 426.301(1), a person who has been committed for 180 days must be released unless the Mental Health Division certifies to the court that the person is still mentally ill and in need of further treatment. The director of the facility must serve the person with the certification, which advises her that she has 14 days to protest the further commitment. ORS 426.301(2), (3). If the person does not protest within 14 days, the court orders the commitment of the person for an additional period. ORS 426.301(5).

The state concedes that the appropriate process was not followed in this case. The certification states that defendant was given a copy of it on September 7, 1990; the order of continued commitment is also dated September 7, 1990. Defendant was not given 14 days to protest, so the court lacked authority under ORS 426.301(5) to issue the order.

We need not reach defendant's constitutional arguments.

Reversed.